UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |
|---|---|
| NYSHELLE WYNN, | ) |
| Plaintiff, | ) |
| | ) Civil Action No: 3:21-cv-00530-MHL |
| v. | ) |
| | ) |
| DETECTIVE SANDY LEDBETTER-CLARKSON, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Please take notice that the Parties to this litigation have reached a final settlement of the above-captioned matter and will be submitting Stipulation of Dismissal as soon as the Parties have finalized the necessary paperwork to effectuate their agreement and no later than thirty days from today.

DETECTIVE SANDY LEDBETTER-CLARKSON

/s/ *Mark C. Nanavati*

By: _____
Of Counsel

1

Mark C. Nanavati, Esq. (VSB #38709)
Benjamin F. Dill, Esq. (VSB #93000)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3863 (Dill)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
bdill@snllaw.com
*Counsel for Defective Sandy Ledbetter-Clarkson*

NYSHELLE WYNN

/s/ *Brian K. Telfair*

By: _____
     Of Counsel


Brian K. Telfair, Esquire (VSB No. 40516)
The Gee Law Firm, P.C.
4719 Nine Mile Road
Richmond, Virginia 23224
(804) 226-4111 (telephone)
(804) 226-8888 (facsimile)
btelfair@geelawfirm.com
*Counsel for Plaintiff*