IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NYSHELLE WYNN,

        Plaintiff,

v.                                                                                          Civil Action No: 3:21-cv-00530-MHL

CITY OF RICHMOND POLICE DETECTIVE
 SANDY LEDBETTER-CLARKSON, individually
 and in her official capacity as a City of Richmond,
 Virginia Police Detective,

        Defendant.
_____/

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff and the Defendant, by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. The parties further agree each party will bear their own attorneys' fees, expenses and costs and that none of the parties will be deemed a prevailing party. This matter should be dismissed in its entirety and stricken from the docket.

Respectfully submitted,

NYSHELLE WYNN

By Counsel

 /s/ Brian K. Telfair
Donald J. Gee, Esq. (VSB No. 26011)
dgee@geelawfirm.com
Brian K. Telfair, Esq. (VSB No. 40516)
btelfair@geelawfirm.com
**The Gee Law Firm, P.C.**
4719 Nine Mile Road
Richmond, VA  23225

(804) 226-4111	telephone
(804) 864-5292	facsimile
*Counsel for Plaintiff*




CITY OF RICHMOND POLICE DETECTIVE
SANDY LEDBETTER-CLARKSON, individually
and in her official capacity as a City of Richmond,
Virginia Police Detective,

By Counsel


 /s/ Mark C. Nanavati
Mark C. Nanavati, Esquire (VSB No. 38709)
**Sinnott, Nuckols and Logan, P.C.**
13811 Village Mill Drive Midlothian, VA 23114
Telephone: (804) 893-3864
Facsimile: (804) 378-2610
Email: mnanavati@shllaw.com
*Counsel for the Defendant Ledbetter-Clarkson*